IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES BROADHEAD, AIS #224802, | : |
| Plaintiff, | : |
| vs. | :  CIVIL ACTION 12-0003-WS-N |
| R. HOWARD, et al., | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. It is ORDERED that plaintiff's motion to proceed without prepayment of fees (Doc. 2) be and is hereby DENIED. It is further ORDERED that this action be and is hereby DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).

DONE this 23rd day of February, 2012.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE